IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERELL L. WHATLEY,<br><br>    Petitioner,<br><br>  vs.<br><br>DEBBIE ASCUNCION,<br><br>    Respondent.<br>_____/ | No. 2:17-CV-1595-CMK-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion (Doc. 10) to construe the instant petition as a motion for leave to amend his pending petition in Whatley v. Ascuncion, E. Dist. Cal. No. 2:17-CV-1487-MCE-EFB. Respondent's request is granted. See Woods v. Carey, 525 F.3d 886, 889-90 (9th Cir. 2008). The Clerk of the Court is directed to file the petition in this case as a motion for leave to amend in No. 2:17-CV-1487-MCE-EFB and to close the instant action.

    IT IS SO ORDERED.

DATED: April 18, 2018

                                                 /s/ Craig M. Kellison<br>
                                             **CRAIG M. KELLISON**<br>
                                             UNITED STATES MAGISTRATE JUDGE